# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICKY L. GUMP, | : | |
| Plaintiff, | : | Case No. 3:15-cv-76 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon the parties' Joint Stipulation For An Award Of Attorney Fees Under The Equal Access To Justice Act (Doc. 11). The parties have jointly stipulated to, and petitioned for, an award of attorney fees, costs, and expenses in the total amount of $4,500 in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA, 28 U.S.C. § 2412. The parties further agree that any EAJA fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010).

Accordingly, the Court hereby **ORDERS** that:

1. The parties' Joint Stipulation For An Award Of Attorney Fees Under The Equal Access To Justice Act (Doc. 11) is accepted, and Defendant shall pay Plaintiff's attorney fees, costs, and expenses under 28 U.S.C. § 2412 in the total amount of $4,500.00;

2. Defendant shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, September 22, 2015.

                                                s/Thomas M. Rose
                                      _____
                                          THOMAS M. ROSE
                                  UNITED STATES DISTRICT JUDGE